IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:
TERRY ROUSE

No.: 10-13506
JUDGE BLACK
Chapter 13

Debtor(s).

# RESPONSE OF AURORA TO NOTICE OF PAYMENT
# OF FINAL MORTGAGE CURE AMOUNT

NOW COMES AURORA LOAN SERVICES LLC ("Movant"), by and through its attorneys, BARBARA J. DUTTON and the law firm DUTTON & DUTTON, P.C., and in support of its RESPONSE, states as follows:

1. On 03/29/2010, the above captioned Chapter 13 bankruptcy was filed.
2. This case has been Confirmed.
3. MOVANT is a creditor of the Debtor with respect to a mortgage secured by a lien upon the property commonly known as 2344 N. CLARK STREET, DAVENPORT, IA 52804.
4. On 01/18/2011, Trustee served a Notice of Payment of Final Mortgage Cure Amount.
5. At that time, the subject loan was due for the 01/01/2011 payment and those thereafter.
6. The proof of claim has been paid in full.

Respectfully Submitted,

AURORA LOAN SERVICES LLC,

/s/ Barbara J. Dutton

Barbara J. Dutton, Bar #6188016
Dutton & Dutton, P.C.
10325 W. LINCOLN HWY
FRANKFORT, IL 60423
815-806-8200